UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHN VELEZ, 83A6764,

                Plaintiff,

     v.                                      ORDER
                                                    08-CV-806

C.O. HARTKE, C.O. BRUNER, and
SUPERINTENDENT BURGE,

                Defendants.

---

     This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1).  On April 11, 2011, plaintiff filed a motion for leave to amend.  On May 13, 2011, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that plaintiff's motion be denied.

     Plaintiff filed objections to the Report and Recommendation on May 31, 2011 and defendants filed a response thereto on June 10, 2011.

     Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made.  Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions from the parties, the Court adopts the proposed findings of the Report and Recommendation.

     Accordingly, for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motion is denied.

The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: June 20, 2011